United States District Court
Southern District of Texas
**ENTERED**
October 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN COSTELLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-702 |
| | § | |
| U.S. BANK TRUST, N.A., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

U.S. Bank's motion for judgment on the pleadings, (Docket Entry No. 4), is granted. In accordance with this court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on October 7, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1